Pro Se 11 (Rev. 12/16) ThirdParty Complaint

# UNITED STATES DISTRICT COURT
### for the

District of

Division

| | |
|---|---|
| UNIFIED COURT SYSTEM OF NEW YORK STATE , | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*    Yes |
| **-v-** | |
| VANESSA E BOGAN , | **FILED SCRANTON** |
| *Defendant, Thirdparty plaintiff(s)* | OCT 3 1 2024 |
| *(Write the full name of each defendant/thirdparty plaintiff. If the names of all the defendants/thirdparty plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Per _____ DEPUTY CLERK |
| **-v-** | |
| NEW YORK STATE INSURANCE FUND | |
| *Thirdparty defendant(s)* | |
| *(Write the full name of each thirdparty defendant. If the names of all the thirdparty defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## THIRD – PARTY COMPLAINT

I.    **The Parties to This Complaint**
A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | VANESSA E BOGAN |
| Street Address | 505 SOUTH STATE STREET |
| City and County | SYRACUSE and ONONDAGA |
| State and Zip Code | NEW YORK and 13202 |
| Telephone Number | 315-671-2782 |
| E-mail Address *(if known)* | |

**B.    The Defendant(s)/ThirdParty Plaintiff(s)**

Provide the information below for each defendant/thirdparty plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | UNIFIED COURT SYSTEM OF NEW YORK STATE |
| Street Address | 25 BEAVER STREET |
| City and County | NEW YORK and NEW YORK |
| State and Zip Code | NEW YORK and 10004 |
| Telephone Number | 1-800-268-7869 |
| E-mail Address | |

**C.    The ThirdParty Defendant(s)**

Provide the information below for each thirdparty defendant named in the complaint, whether the thirdparty defendant is an individual, a government agency, an organization, or a corporation. For an individual thirdparty defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

ThirdParty Defendant No. 1

| | |
|---|---|
| Name | NEW YORK STATE INSURANCE FUND |
| Job or Title *(if known)* | CORPORATION |
| Street Address | 1045  7th N STREET |
| City and County | LIVERPOOL and ONONDAGA |
| State and Zip Code | NEW YORK and 13088 |
| Telephone Number | 888-875-5790 |
| E-mail Address *(if known)* | |

ThirdParty Defendant No. 2

| | |
|---|---|
| Name | U.S. SECURITIES AND EXCHANGE COMMIISSION |
| Job or Title *(if known)* | CORPORATION |
| Street Address | 100 F STREET : NE |
| City and County | WASHINGTON and WASHINGTON |
| State and Zip Code | DISTRICT OF COLUMBIA and 20549 |
| Telephone Number | 202-551-2100 |
| E-mail Address *(if known)* | |

ThirdParty Defendant No. 3

| | |
|---|---|
| Name | CITY OF SYRACUSE |
| Job or Title *(if known)* | CORPORATION |
| Street Address | 233 EAST WASHINGTON STREET |
| City and County | SYRACUSE and ONONDAGA |

| | |
|---|---|
| State and Zip Code | NEW YORK and 13202 |
| Telephone Number | 315-448-8400 |
| E-mail Address *(if known)* | |

ThirdParty Defendant No. 4

| | |
|---|---|
| Name | CSEA EMPLOYEE BENEFIT FUND |
| Job or Title *(if known)* | CORPORATION |
| Street Address | 1 LEAR JET LANE : SUITE 1 |
| City and County | LATHAM and |
| State and Zip Code | NEW YORK and 12110 |
| Telephone Number | 1-800-286-5242 |
| E-mail Address *(if known)* | |

## II.    Initial Complaint

A.    Identify the initial complaint filed against you and the date it was filed. Describe the events that gave rise to the plaintiff's complaint, the nature of the claims asserted, and the relief sought. Attach the complaint as an exhibit.

**Johnson v. Bogan**
Filed: October 16, 2024 as 3:2024cv01763
**Plaintiff:** Robert W. Johnson
**Defendant:** Vanessa E. Bogan
**Cause Of Action:** 42 U.S.C. § 1983 Civil Rights Act
**Court:** Third Circuit › Pennsylvania › US District Court for the Middle District of Pennsylvania
**Type:** Civil Rights › Civil Rights: Other

B.    State whether you have filed an answer to the complaint and, if so, briefly summarize what admissions or denials that answer asserted. Attach the answer as an exhibit.

I have admitted liability and filed no contest .

## III.    ThirdParty Complaint

A.    Describe the nature of the relationship between you and the thirdparty defendant. Attach any contracts or documents showing the nature of the relationship.

PENDING.

B.    Explain why, if the plaintiff received any judgment against you, you will be entitled to judgment against the thirdparty defendant for contribution to or indemnification for the amount of damages and costs

awarded to the plaintiff. Include the percentage of the plaintiff's recovery that the thirdparty defendant will be required to contribute. Describe the facts, or relevant provisions of state law, that demonstrate you are entitled to collect from the thirdparty defendant.

ALL DEFENDANTS ACCEPT LIABILITY including VANESSA E BOGAN and ROBERT W JOHNSON is ENTITLED TO RELIEFS ROBERT W JOHNSON requested .

## IV.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where caserelated papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _____

Signature of Defendant/ThirdParty Plaintiff    _____
Printed Name of Defendant/ThirdParty Plaintiff    _____

### B.    For Attorneys

Date of signing:    10/22/2024

Signature of Attorney    _____
Printed Name of Attorney    UNIFIED COURT SYSTEM OF NEW YORK
Bar Number    999999
Name of Law Firm    ATEM FARMS ESQ
Street Address    401 MONTGOMERY STREET
State and Zip Code    NEW YORK and 13202
Telephone Number    _____
E-mail Address    _____



COURT CLERK
235 N. WASHINGTON AVE.
SCRANTON, PA 18503

RECEIVED
SCRANTON
OCT 31 2024
PER _____
DEPUTY CLERK

U.S. COURTS
235 N. WASHINGTON AVE.
SCRANTON, PA 18503

USMS X-RAY